AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ronald Davidson | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NUMBER: 1:95-CV-204 |
| Nicholas Brzezniak | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment is entered in favor of the Defendant pursuant to Fed. R. Civ. P. 58.

Date: 7/29/2011                             MICHAEL J. ROEMER, CLERK

                                            By: s/ Colleen M. Demma
                                                Deputy Clerk